JAMES MILLER agt. DAVID DOWS and IRA B. CARY.

On a motion to remove a cause from the common pleas into this court, the papers should be entitled in the *common pleas.*

*February Term*, 1846.

MOTION by defendants to remove this cause from the New York *common pleas into this court, and to [*99] change the venue.

Defendants' papers for this motion were entitled in the cause, in "New York Common Pleas." Plaintiff's counsel objected that the papers were entitled wrong, they should have been entitled in the "Supreme Court."

H. HARRIS, *defendants' counsel.*
C. VAN SANTVOORD, *defendants' attorney.*
RAYMOND & CLARK, *plaintiff's attorneys.*

BRONSON, Chief Justice. Held: that the papers were properly entitled and granted the motion on the merits upon terms.